UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KELLY McALLISTER,

        Plaintiff,

    v.

SACRAMENTO COUNTY;
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT; and SHERIFF LOU
BLANAS,

        Defendants.
_____/

NO. CIV. S-03-2009 LKK/GGH

O R D E R

In light of the parties' stipulation to extend the deadlines set forth in the court's May 4, 2004 Status Order, approved by the court subject to a telephone conference with the parties, plaintiff's Motion to Modify Pretrial Order and for Sanctions is DENIED as moot. The hearing set for July 18, 2005 is VACATED.

    IT IS SO ORDERED.

    DATED: July 12, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT