UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KELLY McALLISTER,

        Plaintiff,

   v.

SACRAMENTO COUNTY;
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT; and SHERIFF LOU
BLANAS,

        Defendants.
                                        /

NO. CIV. S-03-2009 LKK/GGH

O R D E R

On March 9, 2006 a conference call via telephone was held in the above-captioned case. Pursuant to that conference, the court hereby ORDERS as follows:

   1.  The current law and motion hearing date scheduled for March 27, 2006 is CONTINUED to April 24, 2006 at 10:00 a.m. in Courtroom 4.

   2.  Plaintiff's opposition brief must be filed no later than March 27, 2006 at 4:30 p.m.  A reply brief, if any, must be filed no later than April 3, 2006 at 4:30 p.m.

////

1

1    3.  The currently scheduled Pretrial Conference is
2 CONTINUED to July 17, 2006 at 1:30 p.m.  The currently scheduled
3 jury trial date is CONTINUED to October 17, 2006 at 10:30 a.m.
4    IT IS SO ORDERED.
5    DATED:  March 10, 2006.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT