1   **PORTER, SCOTT, WEIBERG & DELEHANT**
    A Professional Corporation
2   Jennifer E. Duggan, SBN 183833
    Bart E. Hightower, SBN 207189
3   350 University Avenue, Suite 200
    Sacramento, California 95825
4   (916) 929-1481
5   (916) 927-3706 (facsimile)

6   Attorneys for Defendants
7   SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and
    SHERIFF LOU BLANAS

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

14  KELLY MCALLISTER,                      Case No. CIV-S-03-2009 LKK GGH

15              Plaintiff,                 **STIPULATION TO CONTINUE
                                           LIMITATION REGARDING FINAL
16  vs.                                    DISPOSITION OF CASE**
                                           **[Eastern District Local Rule 16-160]**
17
    S A C R A M E N T O   C O U N T Y ;
18  SACRAMENTO COUNTY SHERIFF'S
    DEPARTMENT; SHERIFF LOU
19  BLANAS; and DOES 1 through XXX,
20  inclusive,

21
                Defendants.
22  _____/       Trial Date:   October 17, 2006

23  Plaintiff, Kelly McAllister and her counsel of record, and Defendants SACRAMENTO COUNTY,

24  SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SHERIFF LOU BLANAS, and their

25  counsel of record, have resolved this case via mediation. Plaintiff's counsel timely filed a Notice of

26  Settlement on April 13, 2006. On April 13, 2006, in accordance with Eastern District Local Rule 16-

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

28                                         1
    STIPULATION TO CONTINUE LIMITATION FOR FILING FINAL DISPOSITION PAPERS
    00428984.WPD

160, the court issued its order requiring final disposition papers to be filed no later than 30 days from the effective date of the order.

The County of Sacramento is a defendant in this action and a party to the settlement agreement. Consequently, the agreement reached by the parties is subject to final approval by the Sacramento County Board of Supervisors. The Board of Supervisors is scheduled to review the settlement agreement at its May 9, 2006 meeting. Consequently, final disposition papers on the case cannot be filed by the current deadline.

In order that Defendant might timely file final disposition papers, the parties and their counsel hereby stipulate and agree to extend the current deadline to June 2, 2006.

Respectfully submitted.

DATED: April ___, 2006        PORTER, SCOTT, WEIBERG & DELEHANT
                              A Professional Corporation


                              By /signature on original
                                  Jennifer E. Duggan
                                  Bart E. Hightower
                                  Counsel for Defendants


DATED: April ___, 2006        By /signature on original
                                  Dani Williams
                                  Robert Masuda
                                  Kelly Smith
                                  Counsel Plaintiff

**IT IS SO ORDERED**

**DATED: May 10, 2006.**        **/s/Lawrence K. Karlton**
                                **Lawrence K. Karlton**
                                **Senior Judge**

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

2

STIPULATION TO CONTINUE LIMITATION FOR FILING FINAL DISPOSITION PAPERS
00428984.WPD